# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

RONALD LASHAWN MARTIN

**JUDGMENT IN A CRIMINAL CASE**

(For Revocation of Probation or Supervised Release)

Case Number:8:97-cr-100-T-23MAP
USM Number: 21567-018

   Adam Tannenbaum, pda
Defendant's Attorney

## THE DEFENDANT:

__X__ Defendant admits to the convictions of charge number(s) _1,2,3,4,5,6,7,8 & 9_ of the term of supervision. The Court adjudges the defendant guilty of these charges.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Sale/Delivery of cocaine | November 23, 2009 |
| 2 | Possession of cocaine | November 23, 2009 |
| 3 | Sale/Delivery of cocaine | November 23, 2009 |
| 4 | Possession of cocaine | November 23, 2009 |
| 5 | Possession of cocaine with itent to sell, manufacture or deliver | November 23, 2009 |
| 6 | Felonious possession of firearms | November 23, 2009 |
| 7 | Positive urinalysis of marijuana | May 20, 2009 |
| 8 | Positive urinalysis of marijuana | June 24, 2009 |
| 9 | Positive urinalysis of cocaine | July 11, 2009 |

The defendant is sentenced as provided in page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

_____ ~~The defendant has not violated charge number(s)~~_____ ~~and is discharged as to such violation charge(s)~~.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

   March 30, 2010
Date of Imposition of Judgment

UNITED STATES DISTRICT JUDGE

   March 30, 2010
Date

Defendant: Ronald Lashawan Martin                  Judgment - Page  2

Case No.: 8:97-cr-100-T-23MAP

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **FIFTY-SEVEN (57) MONTHS to run consecutively with the defendant's term of imprisonment imposed or as may be imposed in any future sentence with regard to docket number CRCO918247CFANO, Pinellas County Court. Upon service of this sentence, the defendant will be discharged from any further jurisdiction of the Court in this case.**

\_\_\_\_\_ The Court makes the following recommendations to the Bureau of Prisons:

\_\_\_\_\_ The defendant is remanded to the custody of the United States Marshal.

\_\_\_\_\_ The defendant shall surrender to the United States Marshal for this district:

\_\_\_\_ at _____ a.m.    p.m.   on _____.

\_\_\_\_\_ as notified by the United States Marshal.

\_\_\_\_ The defendant shall surrender for service of sentence at the institution designated by the Bureau               of Prisons:

\_\_\_\_ before 2 p.m. on _____.

\_\_\_\_ as notified by the United States Marshal.

\_\_\_\_ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.


_____

UNITED STATES MARSHAL

By_____

DEPUTY UNITED STATES MARSHAL